UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>BENJAMIN S. CARSON, SR., M.D., in his official capacity as Secretary of Housing and Urban Development, *et al.*,<br><br>          Defendants | Civ. Action No. 1:18-cv-01076-BAH |

**PROPOSED ORDER**

Upon consideration of the consent motion of *Amicus Curiae PolicyLink* for leave to file an amicus brief, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that PolicyLink's amicus brief must be filed on or before June 5, 2018.

It is so **ORDERED.**


Date: _____              _____

                                                                               The Honorable Beryl A. Howell,
                                                                                Chief Judge