IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE,<br><br>TEXAS LOW INCOME HOUSING INFORMATION SERVICE,<br><br><br>and<br><br>TEXAS APPLESEED<br><br>        Plaintiffs,<br>   v.<br>BEN CARSON, Secretary of the U.S. Department of Housing and Urban Development, in his official capacity,<br><br>and<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>        Defendants. | No. 1:18-cv-01076- BAH<br><br>Hon. Beryl A. Howell<br><br><br>**PROPOSED** |

**ORDER GRANTING LEAVE FOR HOUSING, CONSUMER, ANTI-HOMELESSNESS, AND ANTI-POVERTY ADVOCATES TO FILE BRIEF OF AMICI CURIAE**

This matter has come before the Court on the motion of Amici National Housing Law Project (NHLP) and other housing, consumer, anti-homelessness, and anti-poverty advocates. Now, being duly informed, the Court enters the following order:

1. Leave to file a brief of amicus curiae is appropriate when the proposed brief "may be helpful and of interest to the Court," does not "simply repeat the arguments presented by" an

1

existing party, and would not unduly burden other litigants in responding.  See *Cobell v. Norton,* 246 F.Supp.2d 59, 62-63 (D.D.C. 2003).

2. Amici National Housing Law Project (NHLP) has moved for leave to file a brief of amicus curiae, along with many other housing, consumer, anti-homelessness, and anti-poverty advocates (National Law Center on Homelessness and Poverty, National Low-Income Housing Coalition, Sargent Shriver National Center on Poverty Law, National Consumer Law Center, National Community Reinvestment Coalition, Paralyzed Veterans of America, Open Communities Alliance, National Collaborative for Health Equity, Dēmos, Equal Justice Society, Family Equality Council, Charles Hamilton Houston Institute for Race and Justice, Business and Professional People for the Public Interest, Center for Responsible Lending, National Coalition for Asian Pacific American Community Development, Asian & Pacific Islander American Health Forum, The Opportunity Agenda, Grounded Solutions Network, Long Island Housing Services, Inc., Southwest Fair Housing Council, Arizona Fair Housing Center, Inc., North Texas Fair Housing Center, Chicago Area Fair Housing Alliance, Austin Tenants Council, California Reinvestment Coalition, Legal Services NYC, Inland Fair Housing and Mediation Board, Community Legal Aid Society, Inc., Inclusive Communities Project, Fair Share Housing Center, Fair Housing Justice Center, The Fair Housing Center for Rights & Research, HOPE Fair Housing Center, Housing Equality Law Project (HELP) Miami Valley Fair Housing Center, Inc., Housing Opportunities Made Equal of Virginia, Public Interest Law Project, Eden Council for Hope and Opportunity, Homewood Concerned Citizens Council, Fair Housing Advocates Association, National Coalition for the Homeless, Fair Housing Center of Metropolitan Detroit, Race Forward,  Fair Housing Resource Center, Inc., Western Regional Advocacy Project, Heights Community Congress, Metropolitan St. Louis Equal Housing and Opportunity Council,

Greater Napa Valley Fair Housing Center, National Coalition for the Homeless, CNY Fair Housing, Equal Rights Center, National Urban League, Housing Opportunities Made Equal, Inc. (New York), Connecticut Fair Housing Center, Inc., Sheryll Cashin, and Denver Metro Fair Housing Center).

      3. It appears that the proposed brief of amici curiae may be helpful and of interest to the Court, does not simply repeat the arguments presented by an existing party, and would not unduly burden other litigants in responding.

      4. All parties have consented to the filing of the proposed brief of amicus curiae.

      5. Therefore, leave is hereby granted to Amici National Housing Law Project (NHLP) and the other housing, consumer, anti-homelessness, and anti-poverty advocates listed above to file their proposed amicus brief.  This relief is granted under Local CR 7(o).

      So ordered this _____ day of June, 2018,

                                              UNITED STATES DISTRICT COURT